**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

C.H. ROBINSON COMPANY,

    Plaintiff,

    v.                                Case No. 8:04-cv-2447-T-30MSS

DASCO OF TAMPA, INC.,
DONALD A. SCOLARO, JR.,
  individually and in his corporate capacity,
NOELLE L. SCOLARO,
  individually and in his corporate capacity,

    Defendants.
_____/

## ORDER ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

This cause is before the Court on Plaintiff C.H. Robinson Company's ("Plaintiff") Motion (Dkt. #24) for Default Judgment against Defendants Dasco of Tampa, Inc., Donald Scolaro, Jr. and Noelle Scolaro ("Defendants"). The Court finds that Defendants were served with the Summons and Amended Complaint, and that in excess of twenty (20) days have passed. The Clerk has entered these Defendants' default.

Further, the Court finds that Defendants have failed to answer, respond or appear and, therefore, this Court renders Judgment by default in favor of Plaintiff and against Defendants, jointly and severally.

Further, the Court finds that because Plaintiff's causes of action are for dissipation/misappropriation of trust assets and breach of fiduciary duty under the Perishable Agricultural Commodities Act ("PACA"), 7 U.S.C. §499 et seq., wherein Plaintiff is a qualified and perfected PACA trust beneficiary, this Judgment is non-dischargeable in any subsequent bankruptcy proceedings pursuant to 11 U.S.C. §523(a).

It is therefore ORDERED AND ADJUDGED that:

1. Plaintiff C.H. Robinson Company's Motion (**Dkt. #24**) for Default Judgment against Defendants Dasco of Tampa, Inc., Donald A. Scolaro, Jr. and Noelle L. Scolaro is GRANTED.

2. Judgment is rendered against all Defendants, DASCO OF TAMPA, INC., DONALD A. SCOLARO, JR., individually and in his corporate capacity, NOELLE L. SCOLARO, individually and in his corporate capacity, jointly and severally, and in favor of Plaintiff, C.H. ROBINSON COMPANY, as follows:

    A. Judgment in favor of Plaintiff on its claim for the principal amount of $63,882.05, plus interest of $8,378.72, and $3,500.00 on its claim for attorney fees;

    B. Defendants shall be responsible for the costs of this action; and

    C. Plaintiff is entitled to post-judgment interest at the federal statutory interest rate.

3. The Clerk is directed to terminate any pending motions and CLOSE this file.

**DONE** and **ORDERED** in Tampa, Florida on May 24, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

S:\Odd\2004\04-cv-2447.DefaultJudgmentOrder.frm